UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONDA RENEE COLE,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | NO. EDCV 10-954-DDP (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Petition, the Magistrate Judge's Report and Recommendation ("R&R"), and the records and files.[1] Based upon the Court's *de novo* review, as modified below, the Court agrees with the recommendation of the Magistrate Judge.

The R&R noted that Petitioner's appeal of her re-sentencing was still pending as of August 20, 2010, when the R&R was filed. (R&R at 2, 4; Dkt. No. 8.) On October 1, 2010, the California Court of Appeal granted Petitioner's request for dismissal of the appeal. California Appellate Courts Online Docket in

---

[1] Petitioner did not file objections.

Case No. E050871. Because Petitioner's appeal on direct review has concluded, the Magistrate Judge's alternative basis (*Younger* abstention) for dismissal is no longer applicable. (R&R at 4-5.) However, Petitioner's state habeas petition before the California Supreme Court is still pending. California Appellate Courts Online Docket in Case No. S184365. Accordingly, dismissal without prejudice based on failure to exhaust is still required. (R&R at 4.)

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

DATED: March 31, 2011

DEAN D. PREGERSON
United States District Judge