1
2
3
4
5
6
7            **UNITED STATES DISTRICT COURT**
8            **CENTRAL DISTRICT OF CALIFORNIA**
9               **WESTERN DIVISION**
10
11   ELONDA RENEE COLE,                    )        No.  EDCV 10-954-DDP (AGR)
                                           )
12                    Petitioner,          )
                                           )        **JUDGMENT**
13        v.                               )
                                           )
14   PEOPLE OF THE STATE OF                )
     CALIFORNIA,                           )
15                    Respondent(s).       )
                                           )
16
17        Pursuant to the Order Adopting Magistrate Judge's Report and
18   Recommendation,
19        IT IS ADJUDGED that the petition in this matter is denied and dismissed
20   without prejudice.
21            March 31, 2011
22   DATED:  _____        _____
                                              DEAN D. PREGERSON
23                                       UNITED STATES DISTRICT JUDGE
24
25
26
27
28